**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIDIE SANGARE

Plaintiff(s)
Petitioner(s)

- against -

SAIMA & SAMIRA INC., D/B/A SUBWAY,
FATEMA SADEQUE IQBAL, & ASHIF IQBAL

Defendant(s)
Respondent(s)

INDEX #: 07 CIV 5636
DATE FILED: 06/13/2007

JUDGE: HELLERSTEIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 07/11/2007, 01:45PM at 1310 CASTLE HILL AVENUE, BRONX NY 10462, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on SAIMA & SAMIRA INC., D/B/A SUBWAY, a defendant in the above action.

By delivering to and leaving with ASHIF IQBAL at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 40   Approximate height 5'06"   Approximate weight 178   Color of skin BROWN   Color of hair BLACK   Other ACCENT, MUSTACHE

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO   License # 1220476

Sworn to before me on 07/12/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726