UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIDIE SANGARE | INDEX #: 07 CIV 5636 |
| Plaintiff(s) Petitioner(s) | DATE FILED: 06/13/2007 |
| - against - | |
| SAIMA & SAMIRA INC., D/B/A SUBWAY, FATEMA SADEQUE IQBAL, & ASHIF IQBAL. | JUDGE: HELLERSTEIN |
| Defendant(s) Respondent(s) | |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 07/11/2007, 01:45PM at 1310 CASTLE HILL AVENUE, BRONX NY 10462, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on ASHIF IQBAL, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

C/O SAIMA & SAMIRA INC. D/B/A SUBWAY

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 40    Approximate height 5'06"    Approximate weight 178    Color of skin BROWN    Color of hair BLACK    Other ACCENT, MUSTACHE

ASHIF IQBAL told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO   License # 1220476

Sworn to before me on 07/12/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726