# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIDIE SANGARE

Plaintiff(s)
Petitioner(s)

- against -

SAIMA & SAMIRA INC., D/B/A SUBWAY,
FATEMA SADEQUE IQBAL, & ASHIF IQBAL

Defendant(s)
Respondent(s)

INDEX #: 07 CIV 5636
DATE FILED: 06/13/2007

JUDGE: HELLERSTEIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 07/11/2007, 01:45PM at 1310 CASTLE HILL AVENUE, BRONX NY 10462, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on FATEMA SADEQUE IQBAL, a defendant in the above action.

By delivering a true copy thereof to and leaving with ASHIF IQBAL/HUSBAND/CO-WORKER, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

C/O SAIMA & SAMIRA INC. D/B/A SUBWAY

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 07/12/2007 addressed to defendant FATEMA SADEQUE IQBAL at 1310 CASTLE HILL AVENUE, BRONX NY 10462 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 40   Approximate height 5'06"   Approximate weight 178   Color of skin BROWN   Color of hair BLACK   Other ACCENT, MUSTACHE

ASHIF IQBAL told the deponent that FATEMA SADEQUE IQBAL was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO   License # 1220476

Sworn to before me on 07/12/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726