UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIDIE SANGARE, | Case No.: 07-CIV-5636 (JZ) |
| Plaintiff, | |
| - against - | **RULE 7.1 DISCLOSURE STATEMENT** |
| SAIMA & SAMIRA INC., as New York Corporation d/b/a SUBWAY, FATEMA SADEQUE IQBAL, individually, and ASHIF IQBAL, individually, | |
| Defendants. | |

Defendants Saima & Samira. Inc. d/b/a as Subway (hereinafter referred to as "Saima"), and Fatema Sadeque Iqbal (hereinafter referred to as "Fatema Iqbal"), and Ashif Iqbal (hereinafter referred to "Ashif Iqbal") its principle owners and shareholders (collectively, hereinafter referred to as "Defendants"), by its attorneys The Law Office of Stephen Mc Quade, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, requiring a corporate disclosure statement, affirmatively state:

1. Defendant Saima is a nongovernmental corporate party to the instant matter.

2. Defendant Saima does not have any parent corporation, and ten percent of Defendant Saima is not publicly held.

3. Defendant Saima is a franchisee of the corporate entity Doctor's Association, Inc., commonly referred to as Subway, which is the franchisor.

4. Defendant Saima is owned and operated by Defendant Fatema Iqbal and Defendant Ashif Iqbal.

Dated: New York, New York
       September 20, 2007

                                  THE LAW OFFICE OF STEPHEN MC QUADE

                                  _____

                                  By: Stephen Mc Quade (SM 6995)
                                  Attorneys for Defendants
                                  150 Tenth Avenue, Suite 3C
                                  New York, New York 10011
                                  (212) 242-3964
                                  (212) 599-3116

TO:    Justin A. Zeller, Esq.
         The Law Office of Justin A. Zeller, P.C.
         222 Broadway, 19th Floor
         New York, New York 10038